## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

ZAFAR YUSUPOV,                    )
                                 )
            Petitioner,          )
                                 )
v.                               )       Case No. CIV-26-00711-JD
                                 )
DON JONES, et al.,               )
                                 )
            Respondents.         )

## ORDER

Before the Court is Petitioner Zafar Yusupov's Motion for Relief from LCvR 83.3(c) and for Leave to Proceed Without Local Counsel ("Motion"). [Doc. No. 8]. Local Civil Rule 83.3(a) states: "[A]ny attorney who is not a resident of, and does not maintain an office in, Oklahoma shall show association with an attorney who is personally appearing in the action and who is a resident of Oklahoma and maintains a law office within the State of Oklahoma, and who has been duly and regularly admitted to practice in this court." Petitioner seeks relief from this requirement under LCvR83.3(c), contending that his attorney is qualified and certifies he will comply with all applicable local rules and filing procedures. Motion at 4.

Under LCvR83.3(c), and for good cause shown, the Court GRANTS the Motion and permits Vano Haroutunian to appear for Petitioner without association of local counsel in this action. Counsel shall promptly file his entry of appearance.

This Order may be vacated, revisited, or modified by the Court at any time.

IT IS SO ORDERED this 4th day of May 2026.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE